FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 NOV 12 AM 11:45

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. **CV414-243** |
| ) | |
| FORTY-NINE (49) FIREARMS AND ) | |
| ONE SILENCER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Before this Court is the United States' Application to File Complaint for Forfeiture *in Rem* Under Seal. After having read and considered the Application, the Court finds as follows:

1.  The United States has an ongoing investigation of Warriors Gear, Wesley Defreitas, James Carter and others, and their alleged dealing in firearms without a federal firearms license and possession of an unregistered silence.

2.  Premature exposure of the details of the investigation could jeopardize the success of the investigation and pending prosecution.

3.  The government is filing the present Complaint for Forfeiture to preserve the statute of limitations and to ensure the seized firearms remain in the Government's possession until the ongoing investigation is terminated and lawful ownership can be ascertained.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that the Complaint for Forfeiture and the Application be filed under seal and held by the Court *in camera* ~~pending further Order of this Court.~~ for 60 days. The Government must demonstrate a further need for sealing beyond that date.

SO ORDERED this 12th day of November, 2014, in United States of America v. Forty-Nine Firearms and One Silencer.

HONORABLE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA