# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV414-243 |
| | ) | |
| FORTY-NINE (49) FIREARMS AND | ) | |
| ONE SILENCER, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

On November 12, 2014, the Court granted the government's Application to File Complaint for Forfeiture *in Rem* Under Seal. Doc. 4. However, it directed the government to demonstrate further need for sealing beyond January 11, 2015. *Id.* at 2. The government has failed to comply, nor since litigated this case in any way. Accordingly, the Clerk shall **ADMINISTRATIVELY CLOSE** this case without prejudice to the right of any party with standing to reopen it. *See, e.g., In re Heritage Southwest Medical Group PA*, 464 F. App'x 285, 287 (5th Cir. 2012) ("administrative closure does not have any effect on the rights of the parties and is simply a docket-management device.").

**SO ORDERED,** this 3rd day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA