FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 NOV 18 AM 11: 22
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                            )<br>     Plaintiff,            )<br>                            )<br>v.                          )<br>                            )<br>FORTY-NINE (49) FIREARMS AND)<br>ONE SILENCER,               )<br>                            )<br>     Defendant.            )<br>_____) | CASE NO. CV414-243 |

## O R D E R

Before the Court is the Government's Combined Motion to Unseal Case and Dismiss. (Doc. 8.) In the motion, the Government requests that this case be unsealed and the Verified Complaint for Forfeiture In Rem be dismissed. (Id. at 1.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because no party claiming an interest in Defendant property has filed either an answer or a motion for summary judgment in this case, the Government's request is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to **UNSEAL** and **CLOSE** this case.

SO ORDERED this 18th day of November 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA