# United States District Court
## *Southern District of Georgia*

United States of America

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-243

Forty Nine (49) Firearms and One Silencer

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated November 18, 2015, the Court grants Plaintiff's Motion to Dismiss; this case is dismissed without prejudice. This action stands closed.

November 18, 2015
Date

Scott L. Poff
Clerk

(By) Deputy Clerk